NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

U.S. BANK TRUST, N.A., as Trustee for      )
LSF8 Master Participation Trust,           )
                                           )
          Appellant,                       )
                                           )
v.                                         )          Case No.  2D16-4127
                                           )
BONNIE J. WIEDEMAN and WILLIAM B.          )
WIEDEMAN,                                  )
                                           )
          Appellees.                       )
_____)

Opinion filed February 9, 2018.

Appeal from the Circuit Court for Manatee
County; Gilbert A. Smith, Jr., Judge.

David Rosenberg, Cynthia L. Comras and
Jarrett Cooper of Robertson, Anschutz &
Schneid, PL, Boca Raton, for Appellant.

Mark P. Stopa of Stopa Law Firm, Tampa,
for Appellees the Wiedemans.


PER CURIAM.

          Affirmed.


SILBERMAN, CRENSHAW, and LUCAS, JJ., Concur.